CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 16 2016

JULIA C. DUDLEY, CLERK
BY: HMcDonagh
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 4:05-CR-00011 |
| v. | ORDER |
| WILLIE JUNIOR MCCAIN,<br>Petitioner. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that Petitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED without prejudice** as successive, a certificate of appealability is **DENIED**, and the action is **STRICKEN** from the active docket.

The Clerk shall send a copy of this Order and accompanying Memorandum Opinion to Petitioner, counsel of record for the Federal Public Defender and counsel of record for the United States.

Date: May 16, 2016.

*/s/ Jackson L. Kiser*
Senior United States District Judge